

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Terrell Dewayne Dopson, Appellant

No. 06-18-00027-CR          v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR17-110). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to indicate that Dopson pled "true" to the single revocation allegation and violated "Term 15" of the terms and conditions of his community supervision.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Terrell Dewayne Dopson, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED AUGUST 8, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk